IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| GEORGE JENKINS | : |  |
|  | : |  |
| v. | : |  |
| KFC U.S. PROPERTIES, INC. | : |  |
|  | : | NO.  12-6092 |

**CIVIL JUDGMENT**

BEFORE HONORABLE JAN E. DUBOIS

      AND NOW, this         day of         ,      , it appearing that an Arbitration Award was entered and filed on March 27, 2015, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of the defendant KFC U.S. Properties, Inc. and against the plaintiff George Jenkins.

ATTEST:				OR			BY THE COURT:


By:_____					    S/JAN E. DUBOIS
Deputy Clerk						    JAN E. DUBOIS, J.

ARB 16